UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                              :
                                    :   CHAPTER 7
PITTS, JO ANN                       :   CASE NO. 12-11895-WHD
                                    :   JUDGE W.H. DRAKE, JR.
        Debtor(s)                   :

## MOTION TO SELL PROPERTY OF THE ESTATE
## FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

Comes now Theo D. Mann, Chapter 7 Trustee of the above-referenced Debtor's bankruptcy estate ("Trustee"), and files this "Motion to Sell Property of the Estate Free and Clear of Liens, Claims, and Encumbrances," showing the Court the following:

1.

In accordance with 11 U.S.C. §541(a), the Debtor's bankruptcy estate includes all of the Debtor's legal and equitable ¼ undivided interest in certain real property located at 2841 Lester Mill Road, Locust Grove, Georgia.

2.

Jennifer Rivers, the daughter of the Debtor's brother, Richard Cook who also has a ¼ undivided interest in the property, desires to purchase and Trustee desires to sell the estate's interest in the above-described real property. The net purchase price for the estate's interest in the real property is $5,500.00. The Trustee feels that this is a fair offer taking into consideration that the residence is located on a dirt road, has no HAVC system, and has no appliances, as well as the advice of the estate's realtor. The sale is to be free and clear of all liens, claims, and encumbrances.

3.

There are no liens on the property and the Buyer will be responsible for all costs regarding the transfer the Debtor's interest in the property, as well as all ad valorem taxes.

4.

The real property shall be sold free and clear of any interest, claim, lien or encumbrance of any other creditor of the Debtor.

5.

The sale described herein is in the best interest of the estate and creditors. Accordingly, Trustee requests that the Court approve the sale.

6.

In order to expedite the closing of the sale the Trustee respectfully requests that the Court waive the stay requirement of Rule 6004(h) and that the order permit the closing of said sale immediately.

WHEREFORE, Trustee prays that this Court enter an order approving the sale of the real property for the net purchase price of $5,500.00 and that this Court grant such other and further relief as is just and proper.

Dated: May 1, 2013.

Respectfully submitted,

MANN WOOLDRIDGE KNEIDEL, P.C,

By: /s/ *Theo D. Mann*
    Theo D. Mann
    Attorney for Trustee
    State Bar No. 469150

P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| PITTS, JO ANN | : CASE NO. 12-11895-WHD |
| | : JUDGE W.H. DRAKE, JR. |
| Debtor(s) | : |

### NOTICE OF ASSIGNMENT OF
### HEARING REGARDING SALE OF REAL PROPERTY
### FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

THEO D. MANN is the Chapter 7 Trustee for the above-styled Debtor's bankruptcy estate. Included in the property of Debtor's bankruptcy estate is certain real property located at 2841 Lester Mill Road, Locust Grove, Georgia.

Jennifer Rivers, the daughter of the Debtor's brother, Richard Cook who also has a ¼ undivided interest in the property, desires to purchase and Trustee desires to sell the estate's interest in the above-described real property. The net purchase price for the estate's interest in the real property is $5,500.00. The Trustee feels that this is a fair offer taking into consideration that the residence is located on a dirt road, has no HAVC system, and has no appliances, as well as the advice of the estate's realtor. The sale is to be free and clear of all liens, claims, and encumbrances. The Buyer will be responsible for all costs regarding the transfer the Debtor's interest in the property, as well as all ad valorem taxes.

The Trustee has requested that the Court's Order waive the stay requirement of Rule 6004(h) and permit the immediate sale of the property.

NOTICE IS HEREBY GIVEN that parties desiring to object to the proposed sale of the real property free and clear of liens, claims, and encumbrances shall file such objections with the Clerk of the Bankruptcy Court, 18 Greenville Street, P. O. Box 2328, Newnan, Georgia 30264, within twenty (20) days of the date of mailing shown below, and shall serve a copy of such objection on the Chapter 7 Trustee, Theo D. Mann, Mann Wooldridge Kneidel, P.C,, P. O. Box 310, Newnan, Georgia 30264-0310.

NOTICE IS FURTHER GIVEN that any creditor or party in interest asserting a lien on the real property or on the proceeds of the sale must timely file an objection as set forth above. Failure to timely file an objection shall constitute a waiver of such objection, and in such event Trustee shall be authorized to submit an Order to be entered by the Court approving said sale without further notice or a hearing.

In the event an objection is timely filed, a hearing thereon will be held in the Federal Building, Second Floor Courtroom, 18 Greenville Street, Newnan, Georgia at 10:10 o'clock a.m. on the 7th day of June, 2013.

This 1st day of May, 2013.

PREPARED AND PRESENTED BY:

MANN WOOLDRIDGE KNEIDEL, P.C,

By: /s/ *Theo D. Mann*
    Theo D. Mann
    Attorney for Trustee
    State Bar No. 469150

P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| PITTS, JO ANN | : | CASE NO. 12-11895-WHD |
| | : | JUDGE W.H. DRAKE, JR. |
| Debtor(s) | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the within and foregoing Notice of Assignment of Hearing, and Motion to Sell Property of the Estate Free and Clear of Liens, Claims, and Encumbrances, upon:

Pitts, Jo Ann
620 Bieze Street
Griffin, GA  30224-4303

James N. Stanley, Jr.
James N. Stanley, Jr. PC
325 S. 9th Street
P. O. Box 185
Griffin, GA  30224

B. Blake Edge
190 West Campground Road
McDonough, GA 30253

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA  30303

And the Notice of Assignment of Hearing has been served upon all creditors and parties in interest listed on the attached matrix by placing a copy of same in the United States Mail in properly addressed envelopes with adequate postage thereon to insure delivery.

This 1st day of May, 2013.

By: /s/ *Theo D. Mann*
Theo D. Mann
Attorney for Trustee
State Bar No. 469150

MANN WOOLDRIDGE KNEIDEL, P.C,
P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

| | | |
|---|---|---|
| AT&T<br>P.O. Box 530006<br>Atlanta, GA 30353-0006 | Chase Bank USA<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Dr. Velasco<br>665 South 8th Street<br>Griffin, GA 30224-4243 |
| GECRB/Belk<br>P.O. Box 965028<br>Orlando, FL 32896-5028 | GECRB/Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Midland Funding<br>8875 Aero Drive<br>San Diego, CA 92123-2255 |
| Orthopedic South Surgical<br>6645 Lake Dr.<br>Morrow, GA 30260-2354 | Portfolio Recovery & Affiliate<br>140 Corporate Blvd<br>Norfolk, VA 23502-4952 | Spalding Regional<br>c/ Central Financial Control<br>P.O. Box 660873<br>Dallas, TX 75266-0873 |
| THD/CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Wells Fargo Bank, N.A.<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Wells Fargo Home Mortgage<br>P O Box 78258<br>Phoenix, AZ 85062-8258 |